No. 98–309.  HANIFI ET AL. *v.* MOTOR CLUB OF AMERICA INSURANCE CO.  C. A. 4th Cir.  Certiorari denied.

No. 98–391.  GEE *v.* FLORIDA ET AL.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 98–397.  CITIZENS FOR CLEAN GOVERNMENT *v.* RUSSELL ET AL.; and
No. 98–399.  BURRIS, CHAIRPERSON, ARKANSAS ETHICS COMMISSION, ET AL. *v.* RUSSELL ET AL.  C. A. 8th Cir.  Certiorari denied.  Reported below: 146 F. 3d 563.

No. 98–430.  PARENT-GUARDIAN ASSOCIATION OF ARLINGTON DEVELOPMENTAL CENTER *v.* PEOPLE FIRST OF TENNESSEE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 98–431.  MELENDEZ ET UX. *v.* CITY OF LOS ANGELES.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 98–432.  PARRINO, ADMINISTRATOR OF THE ESTATE OF PARRINO, DECEASED, AND SUCCESSOR TO PARRINO *v.* FHP, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–446.  CARABELLO *v.* SUPREME COURT OF KENTUCKY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 98–454.  CITY OF CINCINNATI ET AL. *v.* KRUSE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 98–463.  TSE ET AL. *v.* MIRAGE CASINO-HOTEL.  C. A. 9th Cir.  Certiorari denied.

No. 98–464.  TOWN OF TRENTON *v.* LOUNGE MANAGEMENT, LTD.  Sup. Ct. Wis.  Certiorari denied.

No. 98–466.  MARTIN *v.* KENTUCKY STATE POLICE ET AL.  Sup. Ct. Ky.  Certiorari denied.

No. 98–471.  NORTON *v.* SAM'S CLUB ET AL.  C. A. 2d Cir.  Certiorari denied.